■ In the Matter of ELI RAITPORT et al., Petitioners, v GILBERT RAMIREZ et al., Respondents. [610 NYS2d 846] —Proceeding pursuant to CPLR article 78 in the nature of a writ of mandamus, to compel the respondent to recuse himself from presiding over two civil actions, and for related relief.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The petitioner has demonstrated no clear legal right to the relief sought *(see, Matter of Molea v Marasco,* 64 NY2d 718). Sullivan, J. P., Rosenblatt, Copertino and Hart, JJ., concur.